**Clark Hill**

Kevin Dooley Kent
T (215) 640-8531
Email: kkent@clarkhill.com

Clark Hill
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
T (215) 640-8500
F (215) 640-8501

November 12, 2024

> **FILED**
>
> **11/13/2024**
>
> **U.S. DISTRICT COURT**
> SOUTHERN DISTRICT OF INDIANA
> Kristine L. Seufert, Clerk

Clerk of Court
USDC FOR SOUTHERN DISTRICT OF INDIANA
46 East Ohio Street
Clerk's Office, Room 105
Indianapolis, IN 46204

RE:  *FTC v. Empire Holdings Group LLC et al.*, No. 2:24-cv-04949-WB (E.D. Pa.)

To the Clerk of Court:

Enclosed for filing pursuant to 28 U.S.C. § 754 is a Notice of Filing of Complaint and Order Appointing Receiver, that has been entered in the United States District Court for the Eastern District of Pennsylvania. Federal statute requires that I file notice of my appointment as Receiver in any jurisdiction where assets potentially belonging to the receivership may reside. Therefore, enclosed for filing please find:

- Civil Cover Sheet (Form JS 44);

- Notice of the Filing of Complaint and Stipulated Preliminary Injunction pursuant to 28 U.S.C. § 754, with Complaint (without attachments) and Stipulated Preliminary Injunction attached as exhibits;

- Copy of the Notice of the Filing of Complaint and Stipulated Preliminary Injunction pursuant to 28 U.S.C. § 754, without exhibits, to be stamped and returned;

- A self-addressed stamped envelope for return copy; and

- A check for $52.00, the standard Miscellaneous filing fee.

Please return to me a copy of the date-stamped Notice in the enclosed envelope once it has been assigned a miscellaneous docket number. Please do not hesitate to contact me if you have any questions regarding this filing. Your attention to this matter is greatly appreciated.

Very truly yours,

Kevin Dooley Kent, Receiver

KDK/Encs.